**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | | |
|---|---|---|
| NORRISTOWN ACADEMY CHARTER SCHOOL, | : | No. 63 MAL 2024 |
| | : | |
| | : | |
| Respondent | : | Petition for Allowance of Appeal |
| | : | from the Order of the |
| | : | Commonwealth Court |
| v. | : | |
| | : | |
| | : | |
| NORRISTOWN AREA SCHOOL DISTRICT, | : | |
| | : | |
| Petitioner | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 9th day of July, 2024, the Petition for Allowance of Appeal and Application to Reinstate Automatic Supersedeas are **DENIED**.